**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-00548-LTB-OES

APPLIED INNOVATIVE TECHNOLOGIES, INC., a Colorado corporation,
      Plaintiff,

v.

ADVANCED RESULTS MARKETING, INC., a Delaware corporation,
DAKA DESIGNS, LTD., a Bermuda limited liability company;
PAT Y. MAH, an individual,
      Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      Plaintiff has filed a Motion for Leave to File Second Amended Complaint (Doc 26 - filed August 31, 2005).  Defendants have **up to and including September 20, 2005** to file a response.

      Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motions to Dismiss (Doc 27 - filed August 31, 2005) is **GRANTED up to and including September 7, 2005**.

Dated:  September 1, 2005
_____