Case 1:05-cv-00548-LTB-OES   Document 35-2   Filed 09/09/2005   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 19 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 1:05-cv-00548-LTB-OES

APPLIED INNOVATIVE TECHNOLOGIES, INC., a Colorado Corporation,

Plaintiff,

v.

ADVANCED RESULTS MARKETING, INC., a Delaware Corporation;
DAKA DESIGNS, LTD., a Bermuda Corporation; PAT Y. MAH, an individual,

Defendants.

---

### PROPOSED ORDER GRANTING DEFENDANT ADVANCED RESULTS MARKETING'S MOTION TO JOIN DEFENDANTS DAKA DESIGNS, LTD. AND PAT Y. MAH'S MOTION FOR PROTECTIVE ORDER

---

THIS MATTER, coming before the Court on Defendant Advanced Results Marketing's ("ARM) Motion to Join in Defendants Daka Designs, Ltd. ("Daka Designs") and Pat Y. Mah's ("Mah") Motion for Protective Order, and being fully advised in the premises,

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED. Accordingly all discovery shall be stayed until after the Defendants' Motions to Dismiss have been resolved by this Court.

DONE AND ORDERED this 19th day of September, 2005

BY THE COURT:

O. Edward Schlatter
United States Magistrate Judge