**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-00548-LTB-OES

APPLIED INNOVATIVE TECHNOLOGIES, INC., a Colorado corporation,
    Plaintiff,

v.

ADVANCED RESULTS MARKETING, INC., a Delaware corporation;
DAKA DESIGNS, LTD., a Bermuda corporation;
PAT Y. MAH, an individual,
    Defendants.

_____

**ORDER**
_____

Upon Plaintiff's Motion for Leave to File Second Amended Complaint (Doc 26 - filed August 31, 2005), Defendants' Response, and Plaintiff's Reply, it is

ORDERED that Plaintiff's Motion is GRANTED. The tendered Second Amended Complaint filed August 31, 2005 is accepted for filing this date.

                        BY THE COURT:

                          s/Lewis T. Babcock
                        Lewis T. Babcock, Chief Judge

DATED: October 11, 2005