**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-00548-LTB-OES

APPLIED INNOVATIVE TECHNOLOGIES, INC., a Colorado corporation,
    Plaintiff,

v.

ADVANCED RESULTS MARKETING, INC., a Delaware corporation;
DAKA DESIGNS, LTD., a Bermuda corporation;
PAT Y. MAH, an individual,
    Defendants.

_____

**ORDER**
_____

Upon Plaintiff's Notice of Dismissal Without Prejudice Pursuant to Fed.R.Civ.P. 41(a)(1)(I), as to Defendants Daka Designs, Ltd., Pat Y. Mah, and Daka Development, Ltd. (Doc 60 - filed November 4, 2005), it is

ORDERED that Plaintiff's Motion is GRANTED. This action is DISMISSED WITHOUT PREJUDICE as to Defendants Daka Designs, Ltd., Pat Y. Mah, and Daka Development, Ltd., each party to pay their own costs and fees. This matter will continue between Plaintiff and Defendant Advanced Results Marketing, Inc.

                          BY THE COURT:

                          s/Lewis T. Babcock
                          Lewis T. Babcock, Chief Judge

DATED: November 7, 2005