**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-00548-LTB-OES

APPLIED INNOVATIVE TECHNOLOGIES, INC., a Colorado corporation,
      Plaintiff,

v.

ADVANCED RESULTS MARKETING, INC., a Delaware corporation;
      Defendants.

_____

**ORDER**
_____

Upon the Stipulation for Dismissal Without Prejudice (Doc 62 - filed November 14, 2005), and the Court being fully advised in the premises, it is

ORDERED that this matter is DISMISSED WITHOUT PREJUDICE, each party to pay their own costs and fees.

                    BY THE COURT:

                    s/Lewis T. Babcock
                    Lewis T. Babcock, Chief Judge

DATED: November 15, 2005